AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| AZARIAH FULLER )<br>*Plaintiff* )<br>v. )<br>CMG TRUCKING, INC. and SUMMER MCINTYRE )<br>*Defendant* ) | Case No. 1:25-cv-02522-TWP-MJD |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants CMG TRUCKING, INC. and SUMMER MCINTYRE.

Date: 12/22/2025

/s/ R. Jay Taylor, Jr.
*Attorney's signature*

R. Jay Taylor, Jr.
*Printed name and bar number*

Scopelitis, Garvin, Light, Hanson & Feary, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
*Address*

jtaylor@scopelitis.com
*E-mail address*

(317) 637-1777
*Telephone number*

(317) 687-2414
*FAX number*